# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

March 26, 2003

**Before**

Hon. Joel M. Flaum, *Chief Judge*

Hon. John L. Coffey, *Circuit Judge*

Hon. Ann Claire Williams, *Circuit Judge*

No. 02-2429

| | |
|---|---|
| United States of America, | Appeal from the United States District |
| *Plaintiff-Appellee*, | Court for the Central District |
| | of Illinois. |
| *v.* | |
| | No. 02-CR-20005 |
| Sean A. Peck, | |
| *Defendant-Appellant*. | Michael P. McCuskey, |
| | *Judge*. |

**O R D E R**

The slip opinion issued in the above-entitled case on January 29, 2003, is hereby amended as follows: On page 6, in the last paragraph, omit the sentence "Based on this evidence, Root checked Peck's record and determined that he had a prior drug conviction."